# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMAR AKINS, ) | 4:14CV3218 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| NEBRASKA COURT OF APPEALS ) | |
| AND SUPREME COURT JUSTICES ) | |
| All, and THE STATE OF NEBRASKA, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on its own motion. On November 10, 2014, the Clerk of the Court sent an order to Plaintiff at his last known address and it was returned to this Court as undeliverable. (Filing No. 6.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown. Accordingly,

IT IS ORDERED:

1. Plaintiff shall have 14 days from the date of this Memorandum and Order to apprise the Court of his current address, in the absence of which judgment will be entered against him, including the imposition of the filing restrictions set forth in the Court's order dated November 10, 2014 (*see* Filing No. 5).

2. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: January 2, 2015: check for address.

DATED this 1st day of December, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge