IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:14CV3218 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| NEBRASKA COURT OF APPEALS | ) | |
| AND SUPREME COURT JUSTICES, | ) | |
| all, and STATE OF NEBRASKA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On November 10, 2014, the court ordered Plaintiff Samar Akins to show cause within 21 days why the court should not impose the following filing restrictions:

1. Akins will be limited to filing one case in forma pauperis in the federal district court for the District of Nebraska per month.

2. Akins will be enjoined from filing any lawsuit in the federal district court for the District of Nebraska unless he: attaches a copy of this order to his complaint, and he attaches an affirmation, signed by him, of the date of his most recent prior filing of a new case in this district.

(Filing No. 5 at CM/ECF pp. 4-5.)

Initially, the court's order was returned as undeliverable on November 21, 2014, and was not remailed. However, on December 4, 2014, Plaintiff updated his address with the court and the order was then remailed to Plaintiff at his current address. To date, Plaintiff has not responded to the court's order and the time in which to do so has now passed.

Accordingly,

IT IS ORDERED:

1. The filing restrictions set forth above are imposed in this court as of the date of this order. These filing restrictions do not prohibit Plaintiff from proceeding as a proponent in any civil claim in this district with the representation

of an attorney. In addition, these restrictions do not prohibit Plaintiff from defending himself in any criminal or civil litigation brought against him in this district.

    2.    A separate judgment will be entered dismissing this case for failure to state a claim upon which relief may be granted in accordance with the court's Memorandum and Order dated November 10, 2014.

DATED this 14th day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge