IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMAR AKINS, | Case No. 4:14CV3218 |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| NEBRASKA COURT OF APPEALS AND SUPREME COURT JUSTICES, all, and STATE OF NEBRASKA, | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 12). Plaintiff filed a Notice of Appeal (Filing No. 11) on January 27, 2015. Plaintiff appeals from the Court's Judgment dated January 14, 2015 (Filing No. 10). Upon review of Plaintiff's Motion for Leave to Appeal in Forma Pauperis, the Court finds Plaintiff is entitled to proceed in forma pauperis on appeal. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 12) is granted;

2. The Clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order; and

3. The Clerk's office is directed to transmit Plaintiff's Motion for Temporary Injunction (Filing No. 13) to the Eighth Circuit Court of Appeals for ruling.

DATED this 28th day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge